Marc P. Berger
Lara S. Mehraban
Judith A. Weinstock
Maureen Peyton King
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
212-336-0111 (King)
kingmp@sec.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States Securities and Exchange Commission, | 19-cv-_____ |
| Plaintiff, | |
| v. | |
| Gregory Osborn, | |
| Defendant. | |

**APPLICATION FOR ORDER TO SHOW CAUSE ON APPLICATION TO ENFORCE
FINAL ORDER OF SECURITIES AND EXCHANGE COMMISSION
AGAINST GREGORY OSBORN**

The Plaintiff Securities and Exchange Commission (the "Commission") respectfully

moves for the issuance of an Order to Show Cause on its Application to Enforce the Final Order

of the Commission against Defendant Gregory Osborn ("Osborn").

In support of its Application, the Commission submits the Declaration of Maureen Peyton King and a Proposed Order to Show Cause attached hereto as Exhibits 1 and 2.

April 11, 2019
New York, New York

Of Counsel:
Lara S. Mehraban
Judith Weinstock

_____
Marc P. Berger
Maureen Peyton King
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
Tel.:        212-336-0111 (King)
E-mail:      kingmp@sec.gov